ORIGINAL

FILED

12/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

FILED

DEC 01 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

ORDER

The Honorable Molly Owen, Judge of the District Court for the Twentieth Judicial District of the State of Montana, has requested the assistance of retired District Judge James A. Manley to assume jurisdiction of Lake County Cause No. DV-19-240, *Matthew Dougherty v. Innovative Contracting, LLC.*

Judge Manley has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103(a) and (b), MCA, has advised that he is agreeable to assisting the Twentieth Judicial District Court with the above-listed matter.

IT IS HEREBY ORDERED:

1. The Honorable James A. Manley, retired District Judge, is hereby called to active service in the District Court of the Twentieth Judicial District of the State of Montana, to assume judicial authority of Lake County Cause No. DV-19-240, *Matthew Dougherty v. Innovative Contracting, LLC*, and is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matter.

2. For all active service, Judge Manley shall be paid the salary compensation to which he is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

3. A copy of this Order shall be filed with the Lake County Clerk of Court, with the request that this Order be sent to all counsel of record in the above-listed matter.

4. A copy of this Order shall also be furnished to the Honorable Molly Owen, the Honorable James A. Manley, and to Cathy Pennie, Office of the Supreme Court Administrator.

This Order is entered by the Chief Justice pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this 1st day of December, 2022.

_____
Chief Justice